

Mr. James Evans
# ET-4625
S.C.I. Somerset
1600 Walters Mill Road
Somerset, PA. 15510
19 Oct 05

Clerk of Courts
U.S. District Court
844 King St.
Lockbox 18
Wilmington, De. 19801-3570

05-761



Re: Enclosed §2241 Petition For Writ of Habeas Corpus

Dear Clerk,
   Enclosed please find 4 copies of my Petition for Writ of Habeas Corpus under 28 U.S.C. 2241. Captioned, James D. Evans vs. Dwight F. Holden et al.. Also please find the check for the filing fee, which is for $5.00 made payable to: Clerk, U.S. District Court.
   As to the form of my §2241 Petition I hope it meets with the U.S. Districts' standards. I refer to your letter of 6 Oct 05 which said to hand write the 2241 Petition. Obviously I am not an Attorney but I tried to lay out my Petition neatly & concisely. Once I have a Civil Action # for this Petition I will file a Brief with Exhibits in support of this Petition. Thank You For Your Time & Attention Herein!

Sincerely,