Mr. James Evans
# ET-4605
S.C.I. Somerset
1600 Walters Mill Road
Somerset, PA. 15510
9 Nov 05

Clerk of Court
U.S. District Court for Delaware
844 N. King Street
Lockbox 18
Wilmington, Delaware 19801-3570


FILED
NOV 14 2005
U.S. DISTRICT COURT
DISTRICT OF DELAWARE

Re: Petition For Writ of Habeas Corpus under 28 U.S.C. § 2241
    James D. Evans Vs. Dwight F. Holden    05-761 (KAJ)

Dear Mr. Dalleo,

On 25 Oct 05 I mailed the above titled Petition For Writ of Habeas Corpus under 28 U.S.C. § 2241 to you. I enclosed 4 copies + the $5.00 filing fee payable to Clerk, U.S. District Court. I, as of the above date, have not recieved a response i.e. (Civil Action #), from your office. Please inform me if you have or have not recieved the above. Thank You For Your Time + Attention Herein!

Sincerely,
James D. Evans

NAME: Mr. James Evans
NUMBER: #ET-4605
1600 Walters Mill Rd., Somerset, PA 15510
INMATE MAIL
PA DEPT. OF CORRECTIONS

Clerk of Court
c/o Mr. Peter T. Dalleo, Clerk
U.S. District Court
844 N. King St.
Lockbox 18
Wilmington, Delaware 19801-3570

USPS postage $00.37, NOV 11 2005, mailed from ZIP code 15501
19801+3570-99 C012