OFFICE OF THE CLERK
# UNITED STATES DISTRICT COURT
DISTRICT OF DELAWARE

Peter T. Dalleo
CLERK OF COURT

LOCKBOX 18
844 KING STREET
U.S. COURTHOUSE
WILMINGTON, DELAWARE 19801
(302) 573-6170

November 15, 2005

TO: James D. Evans
    ET-4625
    SCI Somerset
    1600 Walters Mill Rd.
    P.O. Box 6224
    Somerset, PA 15510

*RE: Status Letter; 05-761(KAJ)*

Dear Mr. Evans:

   This office received a letter from you requesting the status of your case. Your case is assigned to the Honorable Kent A. Jordan, and is pending before the Court. You will be advised by the Court as to further developments in your case.

   In your letters dated 10/19/05 and 11/9/05 you stated that you submitted a check in the amount of $5.00 towards your filing fee. Our financial records indicate that there have been no payments received for the amount of $5.00. If you have financial records indicating that a payment has been deducted from your account, please submit the documentation to the U.S. District Court Clerk's Office.

   I trust that this letter answers your questions concerning this matter. Nothing contained in this letter is intended to express an opinion as to the merits of any claims which you may be alleging.

                                    Sincerely,

/bad                                PETER T. DALLEO
                                    CLERK

cc: The Honorable Kent A. Jordan