Mr. James Evans
#ET-4625
S.C.I. Somerset
1600 Walters Mill Road
Somerset, PA. 15510
22Nov05

Mr. Peter T. Dalleo, Clerk
U.S. District Court
844 King St
Lockbox 18
Wilmington, DE 19801

Re: Evans vs. Holden, et.al. CA#05-761(KAJ)
    Missing $5.00 Filing Fee Check


FILED
NOV 28 2005
U.S. DISTRICT COURT
DISTRICT OF DELAWARE

Dear Mr. Dalleo,
    Enclosed please find the Request Form that I sent to Inmate Accounts. The check #99703 has not been cashed according to Mr. J. Platt & he states that it must of been lost on your end. In 19 yrs of dealing with the U.S. Court system Federal & State I have never had one thing lost or misplaced by the Clerks Office. Having said that, there is always a first time but I think the blame probably belongs with Inmate Accounts here at S.C.I. Somerset. You could call Mr. Platt & make a direct inquiry. I have done all that I can do on my end. Will this delay my Petition? Please tell me how we can resolve this matter quickly! Thank You For Your Time & Attention Herein! S.

Sincerely,
James Evans

P.S. You should have recieved the original Cash Slip & my Inmate Monthly Account Statement showing the deduction of the $5.00 Filing Fee in my last letter.

| Form DC-135A | Commonwealth of Pennsylvania |
| --- | --- |
| **INMATE'S REQUEST TO STAFF MEMBER** | Department of Corrections |

RECEIVED NOV 2 1 2005 INMATE ACCOUNTS

INSTRUCTIONS
Complete items number 1-8. If you follow instructions in preparing your request, it can be responded to more promptly and intelligently.

1. To: (Name and Title of Officer) INMATE ACCOUNTS
2. Date: 19 Nov 05
3. By: (Print Inmate Name and Number) MR. JAMES EVANS # ET-4625
   Inmate Signature: James Evans
4. Counselor's Name: Ms. Pyle
5. Unit Manager's Name:
6. Work Assignment: N/A
7. Housing Assignment: JA-16
8. Subject: State your request completely but briefly. Give details.

To Whom It May Concern,

Attached please find a letter from Mr. Peter T. Dalleo, Clerk - U.S. District Court for Delaware. Mr. Dalleo states that his office did not recieve the $5.00 check that should of been enclosed with my petition. Mr. Dalleo did reciefe the 4 copies of my petition, so your office is responsible for the disappearance of this check. I am in pocession of the cash slip (Inmate Copy) stamped paid, with I sent to you attached to my legal mail, I also have another cash slip for postage which was recieved in the mailroom on 25 Oct 05, $1.75 was deducted for the postage.

I sent you both cash slips 2 of which I recieved back marked Inmate copy for the $5.00 filing fee + $1.75 for postage. I sent both of these to you on 19 Oct 05. You have the other 2 copies in your records. My monthly statement shows that you deducted the $5.00 filing fee on 21 Oct 05 + the postage on 25 Oct 05. Please investigate this + let me know what happened. Also please return to me the attached letter from the Court. Thank you for your time & attention herein!

Sincerely, [signature]

9. Response: (This Section for Staff Response Only)

The check number was 99703 - this check has not been cashed - we would have mailed this check along with your envelope it must have gotten lost on their end.

To DC-14 CAR only ☐        To DC-14 CAR and DC-15 IRS ☐

Staff Member Name _____ / J Platt        Date 11/21/05
                    Print         Sign

Revised July 2000

1600 Walters Mill Rd., Somerset, PA 15510

NAME  Mr. James Evans
NUMBER # ET-4625

**INMATE MAIL**
**PA DEPT. OF CORRECTIONS**

U.S.M.S.
RAY

$00.37°
NOV 23 2005
MAILED FROM ZIP CODE 15501

Clerk
U.S. District Court
844 King St.
Lockbox 18
U.S. CourtHouse
Wilmington, Delaware 19801

19801+(2203-0M cops) Mr. Peter T. Dalleo, Clerk
c/o Mr. Peter T. Dalleo, Clerk