OFFICE OF THE CLERK
# UNITED STATES DISTRICT COURT
DISTRICT OF DELAWARE

Peter T. Dalleo
CLERK OF COURT

LOCKBOX 18
844 KING STREET
U.S. COURTHOUSE
WILMINGTON, DELAWARE 19801
(302) 573-6170

November 29, 2005

```
TO:  James D. Evans
     ET-4625
     SCI Somerset
     1600 Walters Mill Rd.
     P.O. Box 6224
     Somerset, PA 15510
```

*RE:  Status Letter; 05-761(KAJ)*

Dear Mr. Evans:

    This office received a letter from you requesting the status of your case.  Your case is assigned to the Honorable Kent A. Jordan, and is pending before the Court.  You will be advised by the Court as to further developments in your case.

    I trust that this letter answers your questions concerning this matter.  Nothing contained in this letter is intended to express an opinion as to the merits of any claims which you may be alleging.

                                     Sincerely,

/bad                                PETER T. DALLEO
                                    CLERK

cc:  The Honorable Kent A. Jordan
enc: Docket Sheet

Mr. James Evans
#ET-4625
S.C.I. Somerset
1600 Walters Mill Road
Somerset, PA. 15510
22 Nov 05

Mr. Peter T. Dalleo, Clerk
U.S. District Court
844 King St
Lockbox 18
Wilmington, DE 19801

Re: Evans vs. Holden, et.al   CA# 05-761(KAJ)
    Missing $5.00 Filing Fee Check

FILED
NOV 28 2005
U.S. DISTRICT COURT
DISTRICT OF DELAWARE
BD scanned

Dear Mr. Dalleo,
    Enclosed please find the Request Form that I sent to Inmate Accounts. The check #99703 has not been cashed according to Mr. J. Platt & he states that it must of been lost on your end. In 19 yrs. of dealing with the U.S. Court system Federal & State I have never had one thing lost or misplaced by the Clerks Office. Having said that, there is always a first time but I think the blame probably belongs with Inmate Accounts here at S.C.I. Somerset. You could call Mr. Platt & make a direct inquiry. I have done all that I can do on my end. Will this delay my Petition? Please tell me how we can resolve this matter quickly! Thank you for your time & attention herein! S.

            Sincerely,
            James Evans

P.S. You should have recieved the original Cash slip & my Inmate Monthly Account Statement showing the deduction of the $5.00 filing fee in my last letter.