

Mr. James Evans
# ET-4625
S.C.I. Somerset
1600 Walters Mill
Somerset, Pa. 15:
19 Nov 05

Clerk of Court
United States District Court
844 N. King St.
Lockbox 18
Wilmington, De. 19801-3570
% Mr. Peter T. Dalleo

Re: Your status letter to me dated 15 Nov 05
    Evans vs. Holden, Et Al  CA# 05-761-KAJ

Dear Mr. Dalleo,
                    Enclosed please find my original Monthly Acc
Statement, (I apologize for its condition as I had through it in my records
balled up), & the original cash slips for a deduction of #5.00 & #1.75 ·
the filing fee & postage respectively.

                    The system the Pa. D.O.C. uses to send money
of inmates accounts consists of us sending 2 cash slips to inmate account
one slip marked "Inmate Copy" (See Exhibit "A"). The other slip is stamp
by my block office with a stencil which says verified & bare's his sg
This cash slip is retained by Inmate Accounts. The same thing is done
Postage Cash Slips except that the Mail Room does the weighing of the En
After it is recieved (with the check enclosed) from inmate accounts. (See
hibit "B"). For some reason there is not a check # written into the approp
box on Exhibit "A" Cash slip, but it is stamped Paid. At no time afte
put the envelope & cash slips in the mail do I ever come in contact with it ag
(Exhibit "C" Monthly Statement), shows that the filing fee & postage u
deducted from my account. I am also going to attach your letter to a Regu
form & ask Inmate Accounts what happen. I hope this will not delay se

Vice of my Petition, Thank You For Your Time & Attention Herein!

Sincerely



( Exhibit "A" )

**DC-138A**

**CASH SLIP**

COMMONWEALTH OF PENNSYLVANIA
DEPARTMENT OF CORRECTIONS

**1. REQUISITIONING INMATE**

| FACILITY NUMBER | REQUISITIONING INMATE | | |
|---|---|---|---|
| ET-4663 | No. JAMES EVANS | | |
| | LOCATION JA-16 | DATE 19 Oct 05 | |

**2. RECEIVING INMATE**

| FACILITY NUMBER | LOCATION | DATE |
|---|---|---|

**3. ITEMS TO BE CHARGED TO MY ACCOUNT**

Amount of $5.00

Please enclose a check in the
amount of $5.00 _____, made payable to,

"Clerk, U.S. District Court"
844 King St.
Lockbox 18
Wilmington, Delaware 19801 - 3570

CHECK NO. | AMOUNT
**PAID**
5.00 | Inmate Copy
10/21/05

**4. INMATE'S SIGNATURE**

**5. OFFICIAL APPROVAL**

**6. BUSINESS OFFICER'S SPACE**

| CHARGE ENTERED $ | DATE | BOOKKEEPER |
|---|---|---|



( Exhibit "B" )

DC-138A

**CASH SLIP**

COMMONWEALTH OF PENNSYLVANIA
DEPARTMENT OF CORRECTIONS

| 1. REQUISITIONING INMATE | MR. JAMES EVANS | |
| FACILITY NUMBER ET-4685 | LOCATION JA-16 | DATE 19 OCT 05 |

| 2. RECEIVING INMATE | | |
| FACILITY NUMBER | LOCATION | DATE |

3. ITEMS TO BE CHARGED TO MY ACCOUNT

Postage-Legal Mail

CLERK
U.S. District Court
For Delaware (Wilmington)
844 King St.
Lockbox 18
Wilmington, Delaware 19801-3570

#1.75

Inmate Copy

| 4. INMATE'S SIGNATURE | 5. OFFICIAL APPROVAL |

6. BUSINESS OFFICE'S SPACE

| CHARGE ENTERED $ | DATE | BOOKKEEPER |

```
                                    INMATE ACCOUNTS SYSTEM                          11-03-2005
                                    MONTHLY ACCOUNT STATEMENT                       2081 SMR

                INMATE    NAME
                NUMBER    LAST              FIRST          MI              OLD BALANCE
                NT4621    EVANS             JAMES                          15.66

        BATCH      DATE                                           TRANSACTION   BALANCE AFTER
          #      MO DY YEAR   TRANSACTION DESCRIPTION               AMOUNT       TRANSACTION

        8278    10-05-2005  32  SMR COMMISSARY
                                FOR 10/05/2005                        -1.62          14.04
         798    10-12-2005  38  INSIDE PURCHASES
                                XEROX VENDACARD PURCHASE              -4.00          10.04
        8292    10-19-2005  32  SMR COMMISSARY
                                FOR 10/19/2005                        -4.76           5.28
        8292    10-19-2005  32  SMR COMMISSARY
                                FOR 10/19/2005                         -.27           5.01
         923    10-21-2005  39  LEGAL FEES
                                US DIST CT: FILING FEE               (-5.00)           .01
         943    10-25-2005  37  POSTAGE
                                CHGS: 10/25/05                       (-1.75)         -1.74
        9305    11-01-2005  10  INMATE EMPLOYMENT
                                SMR PAYROLL 2005 - 10 GRP 1          14.40          12.66
        8307    11-03-2005  32  SMR COMMISSARY
                                FOR 11/03/2005                       -5.59           7.07


                       NEW BALANCE AS OF THIS STATEMENT ------------------->      7.07
```

Exhibit-`C´

1600 Walters Mill Rd., Somerset, PA 15510

NAME: JAMES Evans

NUMBER: ET-4635

INMATE MAIL
PA DEPT. OF CORRECTIONS

Clerk
U.S. District Court
844 King St.
Lockbox 18
U.S. Courthouse
Wilmington, De. 19801

(C/o Mr. Peter T. Dalleo, Clerk)

U.S.M.S.
X-RAY

PM