05cv 761 KAJ

**U.S. Postal Service™**
**CERTIFIED MAIL™ RECEIPT**
(Domestic Mail Only; No Insurance Coverage Provided)

For delivery information visit our website at www.usps.com®

OFFICIAL USE

7002 2030 0003 0326 7690

| | |
|---|---|
| Postage | $1.06 |
| Certified Fee | 2.30 |
| Return Reciept Fee (Endorsement Required) | 1.75 |
| Restricted Delivery Fee (Endorsement Required) | |
| Total Postage & Fees | $5.11 |

Postmark Here: 8 DEC / USPS RODNEY SQ STA WILMINGTON DE 19801

Sent To: LOREN MEYERS DEPUTY ATTORNEY GENERAL DEPARTMENT OF JUSTICE
Street, Apt. No.; or PO Box No.: 820 N. FRENCH STREET
City, State, ZIP+4: WILMINGTON, DE 19801

PS Form 3800, June 2002    See Reverse for Instructions

05-761 KAJ

**U.S. Postal Service™**
**CERTIFIED MAIL™ RECEIPT**
(Domestic Mail Only; No Insurance Coverage Provided)

For delivery information visit our website at www.usps.com®

OFFICIAL USE

7002 2030 0003 0326 7683

| | |
|---|---|
| Postage | $1.06 |
| Certified Fee | 2.30 |
| Return Reciept Fee (Endorsement Required) | 1.75 |
| Restricted Delivery Fee (Endorsement Required) | |
| Total Postage & Fees | $5.11 |

Postmark Here: 8 DEC / USPS RODNEY SQ STA WILMINGTON DE 19801

Sent To: Warden
Street, Apt. No.; or PO Box No.: SCI Somerset, 1600 Walters Mill Rd., P.O. Box 6224
City, State, ZIP+4: Somerset, PA 15510

PS Form 3800, June 2002    See Reverse for Instructions

FILED
2005 DEC -8 PM 3:30
CLERK U.S. DISTRICT COURT
DISTRICT OF DELAWARE

Scanned