United States District Court

For the District of Delaware

# Acknowledgement of Service Form
# For Service By Return Receipt

Civil Action No. 05-761 KAJ

Attached below is a return receipt card reflecting proof of service
upon the named party on the date show.

**SENDER: COMPLETE THIS SECTION**

- Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

   Warden
   SCI Somerset
   1600 Walters Mill Rd.
   P.O. Box 6224
   Somerset, PA 15510

2. Article Number
   (Transfer from service label)    7002 2030 0003 0326 7683

PS Form 3811, August 2001    Domestic Return Receipt    2ACPRI-03-P-4081

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature
   X [signature]    ☒ Agent  ☐ Addressee

B. Received by (Printed Name)    C. Date of Delivery
   Holesney                        12/12/05

D. Is delivery address different from item 1? ☐ Yes   ☐ No
   If YES, enter delivery address below:

   [stamp: DEC 14 2005]

3. Service Type
   ☐ Certified Mail    ☐ Express Mail
   ☐ Registered        ☐ Return Receipt for Merchandise
   ☐ Insured Mail      ☐ C.O.D.

4. Restricted Delivery? (Extra Fee)    ☐ Yes