IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| **JAMES D. EVANS**, | : | |
| | : | |
| Petitioner, | : | |
| | : | |
| v. | : | Civ. Act. No. 05-761-KAJ |
| | : | |
| **THOMAS L. CARROLL**, | : | |
| Warden, and **CARL C. DANBERG**, | : | |
| Attorney General for the State of Delaware, | : | |
| | : | |
| Respondents.[1] | : | |

**MOTION FOR EXTENSION OF TIME**

Pursuant to Rule 6 of the Federal Rules of Civil Procedure, respondents move for an extension of time in which to file an answer to the petition. In support thereof, respondents state the following:

1. The petitioner, James D. Evans, has applied for federal habeas relief, challenging his 1993 violation of parole detainer lodged against him by the State of Delaware. D.I. 1. By the terms of the Court's order, the answer is due to be filed on January 26, 2006.

2. Within the last five weeks, counsel for respondents has filed an answering brief and presented an oral argument in two appeals in the Delaware Supreme Court. Counsel has also filed an answer to a federal habeas petition and a motion to dismiss a habeas petition in this Court, as well as a motion for summary affirmance in the Third Circuit. Further, the undersigned has been out of the office for a week on previously scheduled vacation. The division chief was also out of the office for two weeks during this time period. In addition, the undersigned has been and continues to be

---

[1] *See* Fed.R.Civ.P. 25(d)(1). Attorney General Carl C. Danberg assumed office on December 8, 2005, replacing former Attorney General M. Jane Brady, an original party to this case.

working on other cases before this Court and the state courts.  In light of the situation, additional time is needed to complete the answer and have it reviewed in the ordinary course of business.

   3.  Under Habeas Rule 4, the Court has the discretion to give respondents an extension of time exceeding the 40-day limit in Civil Rule 81(a)(2).  *Clutchette v. Rushen*, 770 F.2d 1469, 1473-74 & n.4 (9th Cir. 1985); *Kramer v. Jenkins*, 108 F.R.D. 429, 431-32 (N.D. Ill. 1985).

   4.  This is respondents' first request for an extension of time in this case.

   5.  Respondents submit that an extension of time to and including March 13, 2006, in which to file an answer is reasonable.  Respondents submit herewith a proposed order.

              /s/ Elizabeth R. McFarlan
               Deputy Attorney General
               Department of Justice
               820 N. French Street
               Wilmington, DE 19801
               (302) 577-8500
               Del. Bar. ID No. 3759

DATE: January 25, 2006

**CERTIFICATE OF SERVICE**

I hereby certify that on January 25, 2006, I electronically filed a motion for extension of time and attachments with the Clerk of Court using CM/ECF. I also hereby certify that on January 25, 2006, I have mailed by United States Postal Service, the same documents to the following non-registered participant:

>James D. Evans
>ET-4625
>SCI Somerset
>1600Walters Mill Rd.
>P.O. Box 6224
>Somerset, PA 15510

>/s/ Elizabeth R. McFarlan
>Deputy Attorney General
>Department of Justice
>820 N. French Street
>Wilmington, DE 19801
>(302) 577-8500
>Del. Bar. ID No. 3759
>elizabeth.mcfarlan@state.de.us