# IN THE UNITED STATES DISTRICT COURT

## FOR THE DISTRICT OF DELAWARE

JAMES D. EVANS,                                    :
                                                   :
              Petitioner,                          :
                                                   :
       v.                                          :        Civ. Act. No. 05-761-KAJ
                                                   :
THOMAS L. CARROLL,                                 :
Warden, and CARL C. DANBERG,                       :
Attorney General for the State of Delaware,  :
                                                   :
              Respondents.                         :

## ORDER

This _26th_ day of _____Jan._____, 2006,

WHEREAS, respondents having requested an extension of time in which to file an answer, and

WHEREAS, it appearing to the Court that the requested extension is timely made and good cause has been shown for the extension,

IT IS HEREBY ORDERED that respondents' answer shall be filed on or before March 13, 2006.


_____
United States District Judge