IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| **JAMES D. EVANS**, | : | |
| | : | |
| Petitioner, | : | |
| | : | |
| v. | : | Civ. Act. No. 05-761-KAJ |
| | : | |
| **THOMAS L. CARROLL**, | : | |
| Warden, and **CARL C. DANBERG**, | : | |
| Attorney General for the State of Delaware, | : | |
| | : | |
| Respondents. | : | |

**MOTION FOR EXTENSION OF TIME**

Pursuant to Rule 6 of the Federal Rules of Civil Procedure, respondents move for an extension of time in which to file an answer to the petition. In support thereof, respondents state the following:

1. The petitioner, James D. Evans, has applied for federal habeas relief, challenging his 1993 violation of parole detainer lodged against him by the State of Delaware. D.I. 1. By the terms of the Court's order, the answer is due to be filed on March 13, 2006. D.I. 14.

2. Within the last two weeks, counsel for respondents has filed two answers to federal habeas petitions and a motion to dismiss a federal habeas petition in this Court. In addition, the undersigned has been, and continues to be, working on other cases before this Court and the state courts. The Appeals Division has also been without a secretary since mid-December, and counsel does not anticipate her return for another month. Moreover, the recent departure of two deputies from the Appeals Division has increased the workload for the few remaining attorneys. In light of the situation, additional time is needed to complete the answer and have it reviewed in the ordinary course of business.

3. Under Habeas Rule 4, the Court has the discretion to give respondents an extension of time exceeding the 40-day limit in Civil Rule 81(a)(2). *Clutchette v. Rushen*, 770 F.2d 1469, 1473-74 & n.4 (9th Cir. 1985); *Kramer v. Jenkins*, 108 F.R.D. 429, 431-32 (N.D. Ill. 1985). The comment to Rule 4 expressly states that the district court has "the discretion to take into account various factors such as the respondent's workload" in determining the period of time that should be allowed to answer the petition.

4. This is respondents' second request for an extension of time in this case.

5. Respondents submit that an extension of time to and including April 3, 2006, in which to file an answer is reasonable. Respondents submit herewith a proposed order.

/s/ Elizabeth R. McFarlan
Deputy Attorney General
Department of Justice
820 N. French Street
Wilmington, DE 19801
(302) 577-8500
Del. Bar. ID No. 3759

DATE: March 1, 2006

**CERTIFICATE OF SERVICE**

     I hereby certify that on March 1, 2006, I electronically filed a motion for extension of time and attachments with the Clerk of Court using CM/ECF. I also hereby certify that on March 1, 2006, I have mailed by United States Postal Service, the same documents to the following non-registered participant:

    James D. Evans
    ET-4625
    SCI Somerset
    1600 Walters Mill Rd.
    P.O. Box 6224
    Somerset, PA 15510

                                              <u>/s/ Elizabeth R. McFarlan</u>
                                              Deputy Attorney General
                                              Department of Justice
                                              820 N. French Street
                                              Wilmington, DE 19801
                                              (302) 577-8500
                                              Del. Bar. ID No. 3759
                                              elizabeth.mcfarlan@state.de.us