## RULE 7.1.1 CERTIFICATION

      I hereby certify that I have neither sought nor obtained the consent of the petitioner, who is incarcerated and appearing *pro se*, to the subject matter of this motion.

      /s/ Elizabeth R. McFarlan
Deputy Attorney General

Counsel for Respondents

Date:  March 1, 2006