US POSTAGE
$ 00.390
Mailed From 19801
03/02/2006

RTS
RETURN TO SENDER

☐ OTHER

05CV761 KAS

A ☐ INSUFFICIENT ADDRESS
☐ ATTEMPTED NOT KNOWN
☐ NO SUCH NUMBER / STREET
C ☐ NOT DELIVERABLE AS ADDRESSED
S ☐ - UNABLE TO FORWARD

FILED
MAR 13 2006
U.S. DISTRICT COURT
DISTRICT OF DELAWARE

James D. Evans
ET-4625
SCI Somerset
1600 Walters Mill Rd
P.O. Box 6224
Som...

Office of the Clerk
United States District Court
844 N. King Street, Lockbox 18
Wilmington, Delaware 19801-3570

OFFICIAL BUSINESS

NOT AT THE FACILITY

WILMINGTON DE
PM
02 N 2006

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

FILED
CLERK U.S. DISTRICT COURT
DISTRICT OF DELAWARE
2006 MAR -2  PM 3: 50

| | | |
|---|---|---|
| JAMES D. EVANS, | : | |
| | : | |
| Petitioner, | : | |
| | : | |
| v. | : | Civ. Act. No. 05-761-KAJ |
| | : | |
| THOMAS L. CARROLL, | : | |
| Warden, and **CARL C. DANBERG**, | : | |
| Attorney General for the State of Delaware, | : | |
| | : | |
| Respondents. | : | |

**ORDER**

This _2nd_ day of _March_____, 2006,

WHEREAS, respondents having requested an extension of time in which to file an answer, and

WHEREAS, it appearing to the Court that the requested extension is timely made and good cause has been shown for the extension,

IT IS HEREBY ORDERED that respondents' answer shall be filed on or before April 3, 2006.

_____
United States District Judge