## CERTIFICATE OF SERVICE

I hereby certify that on April 3, 2006, I electronically filed an answer to a habeas petition with the Clerk of Court using CM/ECF. I also hereby certify that on April 3, 2006, I have mailed by United States Service, two copies of the same document to the following non-registered participant:

> James D. Evans
> Joseph Coleman Center
> 3950 D Street
> Philadelphia, PA 19124

> /s/ Elizabeth R. McFarlan
> Deputy Attorney General
> Department of Justice
> 820 N. French Street
> Wilmington, DE 19801
> (302) 577-8500
> Del. Bar. ID No. 3759
> elizabeth.mcfarlan@state.de.us