IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| **JAMES D. EVANS**, | ) | |
| | ) | |
|    Petitioner | ) | |
| | ) | |
| v. | ) | Civ. Act. No. 05-761-KAJ |
| | ) | |
| **DWIGHT F. HOLDEN**, Chairman, | ) | |
| Delaware Board of Parole, and | ) | |
| **CARL C. DANBERG**, Attorney | ) | |
| General of the State of Delaware, | ) | |
| | ) | |
|    Respondents | ) | |

**NOTICE OF FILING OF STATE COURT RECORDS**

1. Notice is hereby given that certified copies of the following Delaware Board of Parole documents have been manually filed with the Court and are available in paper form only:

    a. Certificate of Parole (July 25, 1991);

    b. Violation Report (Mar. 3, 1993);

    c. Progress Report (Dec. 12, 2005) with Disposition (signed Jan. 5, 2006) and Letter from James E. Robinson, Senior Probation/Parole Officer, to James Evans (Dec. 8, 2005) attached.

2. Notice is also hereby given that a certified copy of the Delaware Superior Court Criminal Docket in ID No. 30004781DI has been manually filed with the Court and is available in paper form only.

/s/ Elizabeth R. McFarlan
Deputy Attorney General
Department of Justice
820 N. French Street
Wilmington, DE 19801
(302) 577-8500
Del. Bar. ID No. 3759
elizabeth.mcfarlan@state.de.us

April 3, 2006

**CERTIFICATE OF SERVICE**

I hereby certify that on April 3, 2006, I electronically filed a notice of filing of state court records with the Clerk of Court using CM/ECF and manually filed the state court records referenced therein. I also hereby certify that on April 3, 2006, I have mailed by United States Service, two copies of the notice and one copy of the documents referenced therein to the following non-registered participant:

>James D. Evans
>Joseph Coleman Center
>3950 D Street
>Philadelphia, PA 19124

>/s/ Elizabeth R. McFarlan
>Deputy Attorney General
>Department of Justice
>820 N. French Street
>Wilmington, DE 19801
>(302) 577-8500
>Del. Bar. ID No. 3759
>elizabeth.mcfarlan@state.de.us