Mr. James D Evans
#ET-4625
S.C.I. Graterford
P.O. Box 246
Graterford, PA. 19426-0246

Clerk of Court
U S District Court
844 King St
Wilmington, DE 19801

Re: James D. Evans vs. The Attorney General for The State of Delaware + The Chairperson of the Delaware Board of Parole + Probation, CA# 05-761 (KAJ)

Dear Clerk,
  Please inform me of the status of the above case, which was filed as a General Petition for Writ of Habeas Corpus under § 2241. My new address is above, + my former address was: S.C.I. Somerset, 1600 Walters Mill Rd., Somerset, PA. 15510. The last correspondence I recieved from the Court was an Order Granting the Attorney General additional time to respond to my Petition. Thank You for Your Time + Attention Hergin!

Sincerely,




FILED
JUN 20 2006
U.S. DISTRICT COURT
DISTRICT OF DELAWARE

BD Scanned

Case 1:05-cv-00761-SLR   Document 21   Filed 06/20/2006   Page 2 of 2



MR. JAMES D. EVANES #ET-4635
Box 246
Graterford, PA 19426-0246

INMATE MAIL
PA–DEPARTMENT OF CORRECTIONS

$00.390  JUN 19 2006
MAILED FROM ZIP CODE 19426

Clerk of Court
U.S. District Court
844 King St
Wilmington, DE. 19801