OFFICE OF THE CLERK
**UNITED STATES DISTRICT COURT**
DISTRICT OF DELAWARE

Peter T. Dalleo
CLERK OF COURT

LOCKBOX 18
844 KING STREET
U.S. COURTHOUSE
WILMINGTON, DELAWARE 19801
(302) 573-6170

June 22, 2006

TO: James D. Evans
#ET-4625
James D. Evans, Pro Se
SCI Graterford
P.O. 246
Graterford, PA 19426-0246

*RE:  Status Letter; 05-761(KAJ)*

Dear Mr. Evans:

    This office received a letter from you requesting the status of case 05-761. Your case is assigned to the Honorable Kent A. Jordan, and is pending before the Court. You will be advised by the Court as to further developments in your case. Enclosed please find a docket sheet for the above mentioned case.

    I trust that this letter answers your questions concerning this matter. Nothing contained in this letter is intended to express an opinion as to the merits of any claims which you may be alleging.

                                               Sincerely,

/bad                                       PETER T. DALLEO
                                            CLERK

cc: The Honorable Kent A. Jordan
enc. Docket Sheet

(21)

Mr. James D. Evans
#ET-4625
S.C.I Craterford
P.O. Box 246
Graterford, PA. 19426-0246

Clerk of Court
U.S District Court
844 King St
Wilmington, De 19801

RE: James D. Evans vs. The Attorney General for the State of Delaware + The Chairperson of the Delaware Board of Parole & Probation, CA# 05-761 (KAJ)

Dear Clerk,
Please inform me of the status of the above case, which was filed as a General Petition for Writ of Habeas Corpus under §2241. My new address is above, + my former address was: S.C.I Somerset, 1600 Walters Mill Rd., Somerset, PA. 15510. The last correspondence I received from the court was an Order Granting the Attorney General additional time to respond to my Petition. Thank You for Your Time + Attention Herein!

Sincerely,



FILED
JUN 20 2006
U.S. DISTRICT COURT
DISTRICT OF DELAWARE

BD scanned