Mr. James D. Evans
#ET-4635
S.C.I. Somerset
1600 Walters Mill Road
Somerset, Pa. 15510
27 Jan 07

Clerk of Court
U.S. District Court
844 N. King St., Lockbox 18
Wilmington, Delaware 19801-3570



BD scanned

Re: Evans vs. Holden, Et Al; CA# 05-CV-00761-MPT

Dear Clerk,

I am writing to you to find out if/when I will Recieve a decision/evidentuary Hearing in the Above Habeas Corpus petition I file in 2005. Thank You For Your Time & Attention Herein!

Sincerely,

USPS Postage $00.390 JAN 29 2007
MAILED FROM ZIP CODE 15501

U.S.M.S. X-RAY

Office of the Clerk
U.S. District Court
844 N. King St., Lockbox 18
Wilmington, De. 19801-3570

19801+3570

1600 Walters Mill Rd., Somerset, PA 15510

NAME: Mr. James D. Evans
NUMBER: ET-4605

INMATE MAIL
PA DEPT. OF CORRECTIONS