OFFICE OF THE CLERK
## UNITED STATES DISTRICT COURT
DISTRICT OF DELAWARE

Peter T. Dalleo
CLERK OF COURT

LOCKBOX 18
844 KING STREET
U.S. COURTHOUSE
WILMINGTON, DELAWARE 19801
(302) 573-6170

February 5, 2007

TO: James D. Evans
#ET-4625
PA Dept. of Corrections
1600 Walters Mill Rd.
Somerset, PA 15510

*RE: Status Letter; 05-761(\*\*\*)*

Dear Mr. Evans:

This office received a letter from you requesting the status of your case. Your case is assigned to the vacant judgeship and has been referred to Magistrate Judge Mary Pat Thynge for all pretrial proceedings, and is pending before the Court. You will be advised by the Court as to further developments in your case.

Please be advised that papers received for filing in the above mentioned matter do <u>not</u> conform to: Federal Rules of Civil Procedure. In order for your documents to be acceptable for filing, they **must be served by you, upon all local counsel of record**, and this must be indicated on an Affidavit or Certificate of Service, attached to the back of your request (motion or pleading).

A copy of the current local counsel attorney listing (with addresses) for this case is attached for your convenience.

Your corrected filing, (please sign your certificate of service and provide a copy with an original signature) to include the certificate of service, should be sent to this office for processing

I trust that this letter answers your questions concerning this matter. Nothing contained in this letter is intended to express an opinion as to the merits of any claims which you may be alleging.

Sincerely,

/ead

PETER T. DALLEO
CLERK

cc: The Honorable Mary Pat Thynge
enc: Service List