IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| JAMES D. EVANS, | ) |
| | ) |
| Petitioner, | ) |
| | ) |
| v. | ) Civ. No. 05-761-SLR |
| | ) |
| DWIGHT F. HOLDEN, | ) |
| Chairman, Delaware | ) |
| Board of Parole, | ) |
| and JOSEPH R. BIDEN, | ) |
| III, Attorney | ) |
| General for the State | ) |
| of Delaware, | ) |
| | ) |
| Respondents. | ) |

**ORDER**

At Wilmington this 15th day of February, 2007, consistent with the memorandum opinion issued this same date; IT IS HEREBY ORDERED that:

    1. Petitioner James D. Evans' application for a writ of habeas corpus pursuant to 28 U.S.C. § 2254 is DISMISSED, and the relief requested therein is DENIED. (D.I. 1)

    2. The court declines to issue a certificate of appealability for failure to satisfy the standard set forth in 28 U.S.C. § 2253(c)(2).

                                                           /s/ Sue L. Robinson
                                       UNITED STATES DISTRICT JUDGE